FILED
CLERK, U.S. DISTRICT COURT
NOV 12 2013
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD CHESTER WEAVER,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>ELVIN VALENZUELA, Warden,<br><br>　　　　Respondent. | NO. ED CV 13-2061 BRO (AS)<br><br>**AMENDED JUDGMENT** |

　　Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

　　　　DATED: _____11.12._____, 2013

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　BEVERLY REID O'CONNELL
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE